# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT GOODNER, an individual,** | |
| **Plaintiff,** | Case No. _____ |
| v. | |
| **RAMSEY TRUCKING, INC., a corporation, PATRICK HYDE, an individual,** | |
| **Defendants.** | |

_____

## COMPLAINT
_____

COMES NOW the Plaintiff, Robert Goodner, and for the relief hereinafter sought, respectfully shows unto this Honorable Court as follows:

### I.   PARTIES

1. The Plaintiff, Robert Goodner, is over the age of nineteen (19) years and a resident of the State of Alabama.

2. The Defendant, Ramsey Trucking, Inc., is a corporation incorporated in the State of Pennsylvania.

3. The Defendant, Patrick Hyde, is over the age of nineteen (19) years and a resident of the State of Pennsylvania.

## II. JURISDICTION AND VENUE

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332(a)(1) because the Plaintiff Robert Goodner is a citizen of the State of Alabama and the Defendants Ramsey Trucking, Inc. and Patrick Hyde are citizens of the State of Pennsylvania, and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), excluding interests and costs.

5. The United States District Court for the Northern District of Alabama Southern Division is the proper venue for this civil action pursuant to §1391(b)(3).

## III. FACTS

6. Plaintiff avers that on May 22, 2020 on a public highway, to-wit: Eisenhower Memorial Highway in Washington County, Maryland, the Defendant Patrick Hyde negligently or wantonly permitted, allowed or caused a motor vehicle to collide with the vehicle occupied by Robert Goodner.

7. Plaintiff avers that on May 22, 2020 at the time of the accident Defendant Patrick Hyde, while acting in the line and scope of his employment with Ramsey Trucking, Inc., was under a duty at the time of the incident forming the basis of the Plaintiff's Complaint to refrain from negligent driving practices.

8. Defendant Patrick Hyde breached his duty by negligently or wantonly driving a vehicle owned by Ramsey Trucking, Inc., causing and/or allowing his vehicle to collide with the vehicle operated by Robert Goodner.

## IV. CAUSES OF ACTION

### COUNT ONE
### NEGLIGENCE

Plaintiff re-adopts and re-alleges the preceding paragraphs as if fully set forth herein.

9. At all times relevant hereto, Defendant Patrick Hyde owed Plaintiff Robert Goodner a duty to exercise ordinary or reasonable care in operating a motor vehicle upon public roadways.

10. As a direct or proximate consequence of the negligence or wantonness of the Defendants, the Plaintiff, Robert Goodner, was caused to suffer the following injuries and damages:

    (a) he was caused to suffer physical pain and mental anguish;

    (b) he was caused to seek medical treatment and was prevented from going about his normal activities;

    (c) he was permanently injured;

    (d) he was caused to incur medical expenses to treat and cure his injuries;

  (e) he was caused to lose wages both past and future; and

  (f) he was caused to be injured and damaged, all to his detriment.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Robert Goodner requests that the jury selected to hear this case render a verdict for the Plaintiff, and against Defendants Patrick Hyde and Ramsey Trucking, Inc. *jointly and severally*, for compensatory and punitive damages, in an amount that adequately reflects the enormity and wrongfulness of the Defendants' conduct and that will effectively prevent other similar wrongful acts by Defendants in the future. Furthermore, the Plaintiff requests that the Court enter a judgment consistent with the jury's verdict, together with interest from the date of judgment and the costs incurred in prosecuting this lawsuit.

## COUNT II
## RESPONDEAT SUPERIOR

Plaintiff re-adopts and re-alleges the preceding paragraphs as if fully set forth herein.

11. Plaintiff avers that on May 22, 2020, at the time of the occurrence forming the basis of Plaintiff's Complaint, the Defendant Ramsey Trucking, Inc. was the principal and/or employer of Defendant Patrick Hyde. Plaintiff avers that the Defendant Patrick Hyde was acting as the agent, servant and/or employee of Ramsey Trucking, Inc.

12. At the time of the occurrence forming the basis of the Plaintiff's Complaint, the Defendant Patrick Hyde was acting in the line and scope of his employment with the Defendant Ramsey Trucking, Inc. and was operating a vehicle in furtherance of the business purposes of the Defendant Ramsey Trucking, Inc.

13. As a result of the foregoing, Defendant Ramsey Trucking, Inc. is *vicariously liable* to Plaintiff Robert Goodner, for the negligent and wanton conduct of Defendant Patrick Hyde that proximately caused the Plaintiff's injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Robert Goodner requests that the jury selected to hear this case render a verdict for the Plaintiff, and against Defendants Patrick Hyde and Ramsey Trucking, Inc. *jointly and severally*, for compensatory and punitive damages, in an amount that adequately reflects the enormity and wrongfulness of the Defendants' conduct and that will effectively prevent other similar wrongful acts by Defendants in the future. Furthermore, the Plaintiff requests that the Court enter a judgment consistent with the jury's verdict, together with interest from the date of judgment and the costs incurred in prosecuting this lawsuit.

## COUNT III
## NEGLIGENT/WANTON HIRING, TRAINING AND/OR RETENTION

Plaintiff re-adopts and re-alleges the preceding paragraphs as if fully set forth herein.

14. At the time of the occurrence forming the basis of Plaintiff's Complaint, Defendant Patrick Hyde was acting as the agent, servant and/or employee of Defendant Ramsey Trucking, Inc.

15. Defendant Ramsey Trucking, Inc. hired Defendant Patrick Hyde as an employee with actual knowledge that Defendant Patrick Hyde would be responsible for operating a motor vehicle on public roadways within the line and scope of his employment.

16. As Defendant Patrick Hyde's principal and/or employer, Defendant Ramsey Trucking, Inc. had a duty to exercise due and proper diligence in an effort to hire, train and/or supervise competent employees.

17. Upon information and belief Defendant Ramsey Trucking, Inc. negligently or wantonly hired, trained and supervised Defendant Patrick Hyde in that it failed to ascertain whether Defendant Patrick Hyde was a safe and skillful driver, failed to adequately train Defendant Patrick Hyde in the safe operation of a motor vehicle and failed to property supervise Defendant Patrick Hyde in the operation of a motor vehicle.

18. As a proximate consequence thereof, Plaintiff Robert Goodner was injured.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Robert Goodner requests that the jury selected to hear this case render a verdict for the Plaintiff, and

against Defendants Patrick Hyde and Ramsey Trucking, Inc. *jointly and severally,* for compensatory and punitive damages, in an amount that adequately reflects the enormity and wrongfulness of the Defendants' conduct and that will effectively prevent other similar wrongful acts by Defendants in the future. Furthermore, the Plaintiff requests that the Court enter a judgment consistent with the jury's verdict, together with interest from the date of judgment and the costs incurred in prosecuting this lawsuit.

## V.     JURY DEMAND

19.    Plaintiff demands a trial by struck jury.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Robert Goodner requests that the jury selected to hear this case render a verdict for the Plaintiff, and against Defendants Patrick Hyde and Ramsey Trucking, Inc. *jointly and severally,* for compensatory and punitive damages, in an amount that adequately reflects the enormity and wrongfulness of the Defendants' conduct and that will effectively prevent other similar wrongful acts by Defendants in the future. Furthermore, the Plaintiff requests that the Court enter a judgment consistent with the jury's verdict, together with interest from the date of judgment and the costs incurred in prosecuting this lawsuit.

Respectfully submitted this the ____ day of _____, 2021.

*/s/ Kirby D. Farris*
Kirby D. Farris (ASB-2224-R78K)
**FARRIS, RILEY & PITT, L.L.P.**
1700 The Financial Center
505 20th Street North
Birmingham, AL 35203
P: (205) 324-1212
kfarris@frplegal.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

Patrick Hyde
34 West Main Street
Apt. 203
Waynesboro, PA 17268

Ramsey Trucking, Inc.
11201 Gehr Road
Waynesboro, PA 17268