# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT GOODNER, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 2:21-cv-01306-AKK** |
| **vs.** ) | |
| ) | |
| **RAMSEY TRUCKING, INC., a corporation, PATRICK HYDE, an individual,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ramsey Trucking, Inc. submits the following corporate disclosure statement:

1. Ramsey Trucking, Inc. is a Pennsylvania limited liability company with its principal place of business in Waynesboro, Pennsylvania.

2. Ramsey Trucking, Inc. is not publicly traded and does not have any publicly traded parents, subsidiaries or affiliates.

Dated: November 3, 2021.

Respectfully submitted,

*s/Joel S. Isenberg*
Joel S. Isenberg (ASB-8855-N76J)
A. Mark Bahakel (ASB-9746-A62B)
Attorneys for Defendants

**OF COUNSEL:**
ELY & ISENBERG, LLC.
3500 Blue Lake Drive
Suite 345
Birmingham, AL 35243
Telephone: (205) 313-1200
Facsimile (205) 313-1201
jisenberg@elylawllc.com
mbahakel@elylawllc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system and/or U.S. Mail on this the 3rd day of November, 2021.

Kirby D. Farris
FARRIS, RILEY & PITT, L.L.P.
1700 The Financial Center
505 20th Street North
B'ham, AL 35203
P: 205-324-1212
kfarris@frplegal.com

                                              *s/Joel S. Isenberg*
                                              OF COUNSEL